### 2481.  CONNOR v. COCHRAN.

POWELL, J.  The evidence demanded a recovery in the plaintiff's favor;
the verdict was for the defendant; hence the court erred in not granting
a new trial.                                                   *Judgment reversed.*

DECIDED JANUARY 24, 1911.  REHEARING DENIED FEBRUARY 7, 1911.

Complaint; from city court of Waycross—Judge Myers.  December 21, 1909.

*J. L. Sweat,* for plaintiff.   *A. E. Cochran,* for defendant.